**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.    06-cv-02594-LTB-BNB

LIBERTY CORPORATION CAPITAL, LTD.,

        Plaintiff,

v.

PATRICK WALL,
NICHOLAS ABRAHAMSEN,
AUSTIN BROOKS,
FRANK DARDEN,
TIMOTHY DWIGHT,
BRETT HERTER,
CHRISTOPHER JONES,
WILLIAM REYNOLDS,
MICHAEL RYAN,
ALAN WILLIAMS,
LESLIE LANAHAN, individually and as the Personal Representative of the Estate of Lynn Gordon Bailey, Jr.,

        Defendants.
_____

**ORDER**
_____

The Court having reviewed the Motion for Extension of Time to Respond to Defendant Dwight's Motion to Dismiss, and being fully advised, hereby orders that:

Liberty Corporate Capital, Ltd. shall have an additional twenty one (21) days, until June 27, 2007, to respond to Defendant Dwight's Motion to Dismiss.

        BY THE COURT:

           s/Lewis T. Babcock
        Lewis T. Babcock, Chief Judge

DATED:   June 7, 2007