UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 06-cv-02594-LTB-BNB

Liberty Corporate Capital, Ltd.,

        Plaintiffs

   v.

Patrick Wall, Nicholas Abrahamsen, Austin Brooks, Frank Darden, Timothy Dwight, Brett Herter, Christopher Jones, William Reynolds, Michael Ryan, Alan Williams and Leslie Lanahan, individually, and as the Personal Representative of the Estate of Lynn Gordon Bailey, Jr.,

        Defendants

## ORDER RE:  STIPULATION AS TO DEFENDANT BROOKS

THE COURT having reviewed the Stipulation for Entry of Order as to Defendant Brooks, and being fully advised, hereby orders that:

The Court decrees that Defendant Brooks stipulates that he makes no claim to insurance coverage under the insurance policy issued by Liberty to Chi Psi Fraternity for the claims set forth in said Civil Action No. 06CV424 in Boulder County District Court, State of Colorado.

Defendant Brooks is hereby dismissed without prejudice from the above matter and the caption in this matter will be amended to delete his name.

DATED this   16th   day of July, 2007

        BY THE COURT:

          s/Lewis T. Babcock
        U.S. District Court Judge