UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 06-CV-02594-LTB-BNB

Liberty Corporate Capital, Ltd.,

        Plaintiffs

    v.

Patrick Wall, Nicholas Abrahamsen, Austin Brooks, Frank Darden, Timothy Dwight, Brett Herter, Christopher Jones, William Reynolds, Michael Ryan, Alan Williams and Leslie Lanahan, individually, and as the Personal Representative of the Estate of Lynn Gordon Bailey, Jr.,

        Defendants

## ORDER RE: STIPULATION AS TO DEFENDANT DARDEN

THE COURT having reviewed the Stipulation for Entry of Order as to Defendant Darden, and being fully advised, hereby orders that:

The Court decrees that Defendant Darden stipulates that he has no right to either a defense or indemnity from Liberty with respect to the claims asserted against him in the Lanahan action, Boulder County District Court, Civil Action No. 04CV424.

Defendant Darden is hereby dismissed from the above matter and the caption in this matter will be amended to delete his name.

DATED this __16th__ day of July, 2007

        BY THE COURT:

        s/Lewis T. Babcock
        U.S. District Court Judge