IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02594-LTB-BNB

LIBERTY CORPORATE CAPITAL, LTD.,

Plaintiff,

v.

PATRICK WALL,
NICHOLAS ABRAHAMSEN,
BRETT HERTER,
CHRISTOPHER JONES,
WILLIAM REYNOLDS,
MICHAEL RYAN,
ALAN WILLIAMS, and
LESLIE LANAHAN, individually, and as the personal representative of the Estate of Lynn Gordon Bailey, Jr.,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised proposed scheduling order, modified as discussed this morning, on or before **December 7, 2007.**

Dated November 19, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge