IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-02594-LTB-BNB

LIBERTY CORPORATE CAPITAL, LTD.,

    Plaintiff,

v.

PATRICK WALL,
NICHOLAS ABRAHAMSEN,
BRETT HERTER,
CHRISTOPHER JONES,
WILLIAMS REYNOLDS,
MICHAEL RYAN,
ALAN WILLIAMS,
LESLIE LANAHAN, individually and as the Personal Representative of the Estate of Lynn Gordon Bailey, Jr.,

    Defendants.
_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Stipulated Motion for Stay of All Proceedings Pending Judgment or Settlement of Underlying Action (Doc 106 - filed March 4, 2008) is **GRANTED**. The parties are directed to file status reports every 20 days regarding this matter.

    The hearing before Judge Babcock on the pending Motions to Stay set **March 27, 2008 is VACATED**.

    The settlement conference before Magistrate Judge Boland set **March 7, 2008 is VACATED**.


Dated: March 5, 2008
_____