UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 06-cv-02594-LTB-BNB

LIBERTY CORPORATE CAPITAL, LTD.,

       Plaintiff,

v.

PATRICK WALL,
NICHOLAS ABRAHAMSEN,
BRETT HERTER,
CHRISTOPHER JONES,
WILLIAM REYNOLDS,
MICHAEL RYAN,
ALAN WILLIAMS, and
LESLIE LANAHAN, individually, and as
the Personal Representative of the Estate of Lynn Gordon Bailey, Jr.,

       Defendants.
_____

ORDER
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 122 - filed July 22, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to all parties except Defendants Herter and Reynolds,** each party to pay their own fees and costs.

       BY THE COURT:

        s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED: July 23, 2008