UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 06-cv-02594-LTB-BNB

LIBERTY CORPORATE CAPITAL, LTD.,

      Plaintiff,

v.

PATRICK WALL,
NICHOLAS ABRAHAMSEN,
BRETT HERTER,
CHRISTOPHER JONES,
WILLIAM REYNOLDS,
MICHAEL RYAN,
ALAN WILLIAMS, and
LESLIE LANAHAN, individually, and as
the Personal Representative of the Estate of Lynn Gordon Bailey, Jr.,

      Defendants.
_____

ORDER
_____

Upon Plaintiff's Motion to Lift The Stay to Hear Plaintiff's Motions for Order of Default Judgment (Doc 124 - filed August 1, 2008), it is

ORDERED that the Motion is **GRANTED** and the stay is lifted for the limited purpose of hearing Liberty's motions for order of default judgment against Defendants Brett Herter and William Reynolds.

      BY THE COURT:

      s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED: August 4, 2008