UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 06-cv-02594-LTB-BNB

LIBERTY CORPORATE CAPITAL, LTD.,

       Plaintiff,

v.

PATRICK WALL,
NICHOLAS ABRAHAMSEN,
BRETT HERTER,
CHRISTOPHER JONES,
WILLIAM REYNOLDS,
MICHAEL RYAN,
ALAN WILLIAMS, and
LESLIE LANAHAN, individually, and as
the Personal Representative of the Estate of Lynn Gordon Bailey, Jr.,

       Defendants.
_____

ORDER
_____

Upon Plaintiff's Motion for Order of Default Judgment Against Defendant William Reynolds (Doc 126 - filed August 1, 2008), and the Court being fully advised, finds as follows:

    1.    On July 10, 2007, Defendant Reynolds was property served in the State of Texas with the Summons and Complaint, requiring an Answer within twenty (20) days thereof.

    2.    Defendant Reynolds failed to answer the Complaint otherwise file a responsive pleading as required by Fed. R. Civ. P. 12(a).

    3.    On August 9, 2007, Liberty filed an Amended Motion for Default Judgment Against Defendant William Reynolds. The motion was accompanied by an affidavit indicating that Defendant Reynolds was not in the military.

4. On November 27, 2007, the Clerk of the Court entered default against Defendant Reynolds pursuant to Fed. R. Civ. P. 55(a).

5. Since the Entry of Default on November 27, 2007, Defendant Reynolds has failed to answer the Complaint, make an appearance, or in any way respond or defend.

6. Pursuant to Fed. R. Civ. P. 55(b)(2), the Court is empowered to order default judgment against Defendant Reynolds for the declaratory relief sought by Liberty in its Complaint.

Accordingly,

IT IS ORDERED that default judgment is entered against Defendant Reynolds decreeing that he has no right to either a defense or indemnity from Liberty under the insurance police at issue with respect to the claims that have been or could be asserted against him in the underlying case captioned *Leslie Lanahan et al v. Chi Psi Fraternity et al.*, District Court, Boulder County, Colorado, Civil Action Number 2006 CV 424.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: August 4, 2008